

 On the facts found by the Court of Appeal, there is no error of law in its judgment.

On the facts found by the Court of Appeal, we cannot say that the result reached is incorrect.

BARHAM and TATE, JJ., are of the opinion the writ should be granted. The Court of Appeal has failed to set forth a satisfactory factual basis for finding abuse of discretion in the lower court award of damages. See C.C. Art. 1934(3). The appellate award appears to be violative of the principles enunciated in Gaspard v. LeMaire, 245 La. 239, 158 So.2d 149.

244 So.2d 857

**Marshall WOODS et al.**

v.

**Pete STOMA.**

**No. 51175.**

March 10, 1971.

244 So.2d 857

**Shirley M. FARRIS**

v.

**NEW ORLEANS PUBLIC SERVICE, INC.**

**No. 51181.**

March 10, 1971.

On the facts found by the Court of Appeal, we cannot say that the result reached is incorrect.

BARHAM and TATE, JJ., are of the opinion the writ should be granted. The Court of Appeal has failed to set forth a satisfactory factual basis for finding abuse of discretion with the lower court award of damages. See C.C. Art 1934(3). The appellate award appears to be violative of the principles enunciated in Gaspard v. Le-Maire, 245 La. 239, 158 So.2d 149.